UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL L. HILARIO,<br>　　　　Petitioner,<br>　v.<br>W. JENKINS,<br>　　　　Respondent. | Case No. 20-cv-04800-JST<br><br>**ORDER OF DISMISSAL** |

Petitioner, a federal prisoner incarcerated at the Federal Correctional Institution in Dublin, California, filed a *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. That same day, the Court informed petitioner that this action was deficient because she had not paid the filing fee or submitted an *in forma pauperis* application. ECF No. 3. Petitioner was instructed to, within twenty-eight days of the date of the order, either pay the filing fee or submit an *in forma pauperis* application. *Id.* Petitioner was provided a copy of the *in forma pauperis* application form. *Id.* The deadline has passed, and petitioner has neither paid the filing fee nor submitted an *in forma pauperis* application. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, petitioner may move to reopen the action. Any such motion must be accompanied by either a complete *in forma pauperis* application or the filing fee.

**IT IS SO ORDERED.**

Dated: September 3, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　United States District Judge